**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY (NJ ID 012431974)
New Jersey Resident Partner
DANIEL E. RHYNHART (*pro hac vice*)
LAUREN E. O'DONNELL (NJ ID 13292009)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel.: (609) 750-7700
Fax: (609) 750-7701
*Attorneys for Defendant BetMGM, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAM A. ANTAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE BORGATA HOTEL CASINO AND SPA, LLC, B ONLINE CASINO, BetMGM, LLC, MGM RESORTS INTERNATIONAL INC., ENTAIN PLC, JOHN DOES 1-10, MARY DOES 1-10, and/or XYZ CORPORATIONS 1-10,<br><br>                    Defendants. | Docket No.: 2:22-cv-05785<br>Civil Action<br><br>**AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF BETMGM, LLC** |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, BetMGM, LLC amends its initial disclosure statement. BetMGM, LLC is owned 50% by GVC Holdings (USA) Inc. and 50% by MGM Sports & Interactive Gaming, LLC. Entain Holdings (UK) Limited owns 100% of GVC Holdings (USA) Inc., and Entain plc owns 100% of Entain Holdings (UK) Limited. MGM

Resorts International owns 100% of MGM Sports & Interactive Gaming, LLC. Entain plc and MGM Resorts International are both publicly traded corporations.

        Respectfully submitted,

        BLANK ROME LLP

By: */s/ Lauren E. O'Donnell*

        STEPHEN M. ORLOFSKY (NJ ID 012431974)
        New Jersey Resident Partner
        DANIEL E. RHYNHART (*Admitted pro hac vice*)
        LAUREN E. O'DONNELL (ID 13292009)
        300 Carnegie Center, Suite 220
        Princeton, NJ 08540
        Tel.:  (609) 750-7700
        Fax:  (609) 750-7701
        *Attorneys for Defendant BetMGM, LLC*

Dated: October 18, 2022

## **CERTIFICATE OF SERVICE**

I, Lauren O'Donnell, Esquire, hereby certify that, on October 18, 2022, a true and correct copy of the foregoing Amended 7.1 Statement was served ECF upon the following:

Christopher J. Gramiccioni. Esq. (019672008)
KINGSTON COVENTRY LLC
I Gatehall Drive, Suite 305
Parsippany, New Jersey 07054
973.370.2227 (office)
973.566.5904 (facsimile)
chrisr@kingstonecoventry.com
*Attorney for Plaintiff*

I also certify that a copy was served via email on:

Margo R. Zemel, Esq. (0I0971981)
Margo R. Zemel, Esq., P.C.
50 Park Place, Suite 1542
Newark, New Jersey 07102
973.242.18I8 (office)
973.242.1817 (facsimile)
mrzesq@yahoo.com
*Attorney for Plaintiff*

I further certify that I caused a copy be served via mail on the following parties who currently do not have counsel of record:

The Borgata Hotel Casino and Spa
1 Borgata Way, Atlantic City, New Jersey 08401

B Online Casino
1 Borgata Way, Atlantic City, New Jersey 08401

MGM Resorts International, Inc.
3600 S. Las Vegas Avenue, Bellagio Hotel & Casino
Las Vegas, Nevada 89109

Entain PLC
32 Athol Street, Douglas, Isle of Man IMl lJB.

*/s/ Lauren O'Donnell*
Lauren O'Donnell

Dated:  October 18, 2022